IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSE LUIS BRIOSO ALFARO,              )
                                      )
          Petitioner,                 )
                                      )
     v.                               )
                                      )        1:26-cv-01183 (AJT-WEF)
TODD LYONS, *et al.*,                 )
                                      )
          Respondents.                )

**ORDER**

Before the Court is Jose Luis Brioso Alfaro's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"), filed on May 4, 2026.

Petitioner is a citizen of El Salvador, who entered the United States without inspection on November 24, 2022. [Doc. No. 1] ¶ 42. On April 16, 2026, Petitioner was taken into custody and transported to Farmville Detention Facility, where he remains detained without the opportunity to post bond. *Id.* ¶¶ 44, 47. Petitioner does not have a criminal record, and has two traffic tickets from 2024 and 2025. *Id.* ¶ 46.

On May 7, 2026, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford,* No. 1:25-CV-01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4]. In light of the foregoing, the Court determines, as it did in *Hernandez*, that Petitioner's detention is governed by section 1226(a)'s discretionary framework, not section 1225(b)'s mandatory detention procedures, and under section 1226(a) and as a matter of constitutional due process, Petitioner is entitled to a bond hearing before an Immigration Judge.

Accordingly, the Petition is GRANTED, and it is hereby

**ORDERED** that Petitioner be immediately released from custody, with all his personal property, pending his bond hearing before an immigration judge. Petitioner must live at a fixed address and provide that address to the Court within twenty-four (24) hours of the issuance of this Order. Petitioner must also appear at the bond hearing once the government notifies him of its date, time, and location; and it is further

**ORDERED** that Respondents must provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a); and it is further

**ORDERED** that Respondents are ENJOINED from denying Petitioner release on bond on the basis that he is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b); and it is further

**ORDERED** that, if Petitioner is released on bond, Respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from rearresting Petitioner unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing, or pursuant to 8 U.S.C. § 1231(a)(2).

The Clerk is directed to forward a copy of this Order to counsel of record and to terminate the case.

May 8, 2026
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge

2